IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAYMOND C. HUBER and RONALD C. LENHART, on behalf of themselves as Trustees and on behalf of UFCW LOCAL 23 AND EMPLOYERS HEALTH FUND, UFCW LOCAL 23 AND EMPLOYERS LEGAL FUND, and JOHN O'CONNOR and TONY HELFER, on behalf of themselves as Trustees and on behalf of UFCW LOCAL 23 AND EMPLOYERS PENSION FUND, and MARK KNIGHT and RONALD C. LENHART, on behalf of themselves as Trustees and on behalf of the BUD LUTTY CHARITABLE TRUST FUND,<br><br>    Plaintiffs,<br><br>vs.<br><br>HAROLD FRIEDMAN, INC. AND WAREHOUSE FOODS, INC.,<br><br>    Defendants. | Civil Action No. 2:07-cv-01428-DWA<br><br>***This document was electronically filed.*** |

## JUDGMENT ORDER

On this 4th day of January, 2008, it is hereby ORDERED, ADJUDGED and DECREED that based upon Defendants' failure to respond to the Complaint and upon the Application for Default Judgment along with accompanying Affidavits, judgment in the amount of $8,585.51 is ordered against Harold Friedman, Inc. in favor or the Health Fund, judgment in the amount of $2,204.59 is awarded against Harold Friedman, Inc. in favor of the Legal Fund and judgment in the amount of $18,973.89 is awarded against Harold Friedman, Inc. in favor of the Pension Fund.

It is further ORDERED, JUDGED and DECREED that judgment in the amount of $1,536.27 is awarded against Warehouse Foods, Inc. in favor or the Health Fund, judgment in the amount of $414.82 is awarded against Warehouse Foods, Inc. in favor of the Legal Fund and judgment in the amount of $3,611.53 is awarded against Defendant Warehouse Foods, Inc. in favor of the Pension Fund.

It is further ORDERED that Defendants shall file timely reports and pay all contributions due in a timely manner so long as Defendants remain contributing employers to the Funds.

*[signature]*